

7-25-2013

TO:     Judge Thomas Holman

CC:     Scott CoBen – Attorney
        John Patrick Musholt

RE:     Case #13-26304
        John Patrick Musholt – Bankruptcy

FROM:   June Kanawyer (Musholt)
        1855 Union Ridge Road
        Placerville, California, 95667
        530-622-1059 home number



Dear Judge Thomas Holman,

   I am writing to you today to object to John Patrick Musholt's Bankruptcy. I am John Patrick Musholt's ex-wife and our divorce was finalized April 15, 2010. My niece has access to the internet and I asked her to research and find Mr. Musholt's current address. She did not find a current address but she did find that he had filed for bankruptcy. Mr. Musholt did not give me a forwarding address when he moved last so I have no viable way to contact him.

   In our divorce judgment it states:

*"E.) If either party decides to claim any rights under bankruptcy laws, that party must notify the other of this intention in writing at least fourteen days before filing the petition, including the name, address and phone number of the attorney, if any, who represents the party in that petition and the court in which the petition will be filed. The party receiving notice will have five business days to elect to participate jointly with the notifying party in a consolidation proceeding and may choose to be represented by the same attorney, if any.*

*F.) These provisions will not impair the availability of any other remedy arising from nondisclosure of community assets or debts."*

First, John Patrick Musholt did not notify me by mail 14 days prior to filing for bankruptcy. Second, we jointly own a residential property in Pollock Pines California. Third, $30,000.oo dollars equity is what I retained in the property settlement of our divorce and appears that now Mr. Musholt is trying to bankrupt that mortgage debt because he is aware that the equity in the home is mine. Because all my spousal support since the end of our marriage was paid on the mortgage of the home. When I last saw Mr. Musholt he came to my home wanting me to sign over the house to him. When I refused he came back the next day insisting that he wanted to take out a loan on the equity of the home. I also refused to agree to that also. The $30,000.00 in the divorce decree is from a family inheritance as is the spousal support that has been paid on the first mortgage. I do not want to lose my equity in the home. Therefore I strongly object to the bankruptcy continuing until I know how his choice is going to affect me and the jointly owned property in Pollock Pines, California. I am seeking the advice of an attorney today

and I will be requesting that Mr. Musholt pay for the attorney as I am on a fixed income with no other assets.

My home phone number is 530-622-1059. You should also be aware that I am disabled and 15 years Mr. Musholt's senior. We were married for 25 years and raised two children together. Mr. Musholt has not informed me, June Kanawyer (Musholt) of his current address or contact telephone number. He has also made himself unavailable to contact. Further he has removed assets from the jointly owned property without asking me to do so, and without agreement or discussion and that is not agreeable with me, June Kanawyer (Mushily). I want the garden shed my son Jeff Hawkins built for me with his time and materials and the propane tank I owned from another property and placed on the Pollock Pines, California property when we purchased it. I want both these items to be put back on the Ridgeway Road, Pollock Pines, California property immediately. John Patrick Musholt removed those items which were fixed assets of the property in Pollock Pines. They are currently on the Dobbins, California property of which Mr. Musholt owns a share of since his Father Patrick Musholt's passing.

I will be in communication with you and your office.

Kind regards,

*J. Kanawyer*
June Kanawyer (Musholt)